CLEVELAND BAR ASSOCIATION *v.* STERLING.

[Cite as *Cleveland Bar Assn. v. Sterling* (1998), 84 Ohio St.3d 268.]

(No. 98–1709—Submitted September 29, 1998—Decided December 30, 1998.)

270

*Hennenberg & Brown* and *Michael C. Hennenberg;* and *James Flaherty,* for relator.

*Howard T. Sterling, pro se.*

***Per Curiam.*** Upon review of the record, we adopt the findings, conclusions, and recommendation of the board. We hereby indefinitely suspend respondent

from the practice of law in Ohio and order that he comply with OLAP requirements as a condition of his reinstatement. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.